**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------x
In re:

William Krolewicz
Dalia Krolewicz

               Debtor
-------------------------------x

Case No. 15-70596-reg
Chapter 7

## ORDER VACATING DISCHARGE ORDER

**Whereas**, this case having been initiated by the filing of a petition under Chapter 7 of Title 11 of the United States Code on February 17, 2015, and

**Whereas**, an order discharging the debtor having been entered on May 28, 2015, and

**Whereas,** it having come to the attention of the Court, A Motion for 2004 Examination and Extending the Time to Object to the Debtor's Discharge/Dischargeability, was entered on April 29, 2015, it is

**ORDERED,** that the said order of discharge be and it is hereby vacated, and it is further

**ORDERED,** that the Clerk mail notice of the vacating of the order of discharge to the debtor, debtor's attorney, trustee and all creditors and other parties in interest herein.

Dated: Central Islip, New York
      June 1, 2015

                                                        **Robert E. Grossman**
                                                **United States Bankruptcy Judge**